In the Matter of the Probate of the Will of WILLIAM H. KIRKHOLDER, Deceased.

FLORINE A. KIRKHOLDER, Appellant; ANNIE C. GARBE et al., Respondents.

*Matter of Kirkholder*, 130 App. Div. 905, affirmed.
(Argued November 8, 1909; decided November 23, 1909.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered February 3, 1909, which affirmed a decree of the Erie County Surrogate's Court refusing probate to an instrument propounded as the last will of William H. Kirkholder, deceased.

*John D. Teller* and *D. M. McNaughton* for appellant.

*Simon Fleischmann* and *William C. Crombie* for respondents.

Order affirmed, without costs; no opinion.
Concur: CULLEN, Ch. J., HAIGHT, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ. Absent: HISCOCK, J.